UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MITRA HATEFI,                                No. 2:10-cv-01332-MCE-DAD

    Plaintiff,

  v.                                           ORDER

WELLS FARGO BANK N.A.,
et al.,

    Defendants.

----oo0oo----

The hearing on an Order to Show Cause, scheduled at 2:00 p.m. on Thursday, October 14, 2010, is continued and rescheduled for 2:00 p.m on Thursday, November 18, 2010 in Courtroom 7. The individual Plaintiff in this matter is directed to personally appear before this Court at that time to demonstrate why this case should not be presently dismissed.

///
///
///

1

Given the circumstances surrounding the allegations of identity theft of attorney Mohamed F. Salem (ECF No. 16), and his lack of involvement in this case, Mohamed F. Salem is NOT required to appear at the hearing.

Defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB and World Savings Bank, FSB's ("Wachovia") Request for Telephonic Appearance (ECF No. 20) to the October 14 hearing is DENIED as moot. Wachovia may appear by telephone for the November 18 hearing. Counsel for the above Defendant is ordered to be available telephonically at (626) 535-1900 extension 271 at the scheduled hearing time.

In addition to electronic docket filing, the Clerk is directed to send notice of this Order by conventional mail and electronic mail to the following addresses:

```
Mohamed F. Salem
P.O. Box 1522
980 N. Vernal Ave.
Mill Valley, CA 94941
email: m.f.salem@comcast.net

Mohamed F. Salem, NCAED
1540 River Park Drive
Suite 210
Sacramento, CA 95815

Mitra Hatefi
5320 Valparaiso Circle
Sacramento, CA 95841
```

///
///
///
///

     Failure to appear by Plaintiff may result in the dismissal of this action without further notice.

     IT IS SO ORDERED.

 Dated: October 13, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3