UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MITRA HATEFI,                           No. 2:10-cv-01332-MCE-DAD

      Plaintiff,

  v.                                    AMENDED ORDER

WELLS FARGO BANK N.A.,
et al.,

      Defendants.

----oo0oo----

The hearing on an Order to Show Cause and the hearing on the Motion to Dismiss the case, both scheduled at 2:00 p.m. on Thursday, October 14, 2010, are continued and rescheduled for 2:00 p.m on Thursday, November 18, 2010 in Courtroom 7.  The individual Plaintiff in this matter is directed to personally appear before this Court at that time to demonstrate why this case should not be presently dismissed.  Given the circumstances surrounding the allegations of identity theft of attorney Mohamed F. Salem (ECF No. 16), and his lack of involvement in this case, Mohamed F. Salem is NOT required to appear at the hearing.

1     Defendant Wachovia Mortgage, a division of Wells Fargo Bank,
2 N.A., formerly known as Wachovia Mortgage, FSB and World Savings
3 Bank, FSB's ("Wachovia") Request for Telephonic Appearance (ECF
4 No. 20) to the October 14 hearing is DENIED as moot. Wachovia
5 may appear by telephone for the November 18 hearing. Counsel for
6 the above Defendant is ordered to be available telephonically at
7 (626) 535-1900 extension 271 at the scheduled hearing time.

8     In addition to electronic docket filing, the Clerk is
9 directed to send notice of this Order by conventional mail and
10 electronic mail to the following addresses:

11     Mohamed F. Salem
    P.O. Box 1522
12     980 N. Vernal Ave.
    Mill Valley, CA 94941
13     email: m.f.salem@comcast.net

14     Mohamed F. Salem, NCAED
    1540 River Park Drive
15     Suite 210
    Sacramento, CA 95815
16
    Mitra Hatefi
17     5320 Valparaiso Circle
    Sacramento, CA 95841
18

19     Failure to appear by Plaintiff may result in the dismissal
20 of this action without further notice.

21     IT IS SO ORDERED.

22 Dated: October 13, 2010

24     MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE