UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITRA HATEFI, | No. 2:10-cv-01332-MCE-DAD |
|     Plaintiff, | |
|   v. | ORDER |
| WELLS FARGO BANK N.A., et al., | |
|     Defendants. | |

----oo0oo----

Plaintiff was informed at the Court's Order to Show Cause hearing on November 18, 2010, that she had until December 3, 2010 to file an amended complaint. The Court further informed her that failure to file would result in a dismissal.

No amended complaint being filed, the case is dismissed with prejudice. The Clerk is ordered to close the case.

IT IS SO ORDERED.

Dated: December 7, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1